UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO: 3:2023-cv-20491-MAS-MBD

**JAVIER ROJAS,**
individually and on behalf of all
others similarly situated,

   Plaintiff,

v.

**ROUTE 88 VEHICLE CORP. d/b/a HONDA UNIVERSE**

   Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Javier Rojas, and Defendant Route 88 Vehicle Corp. d/b/a Honda Universe by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff's claims against Defendant. Each party shall bear its own respective costs and attorneys' fees.

Dated: December 19, 2024

Respectfully submitted,

| | |
|---|---|
| **DAPEER LAW, P.A.** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Rachel Dapeer* | */s/ Peter Siachos* |
| Rachel N. Dapeer, Esq | Peter Siachos, Esq. |
| 3331 Sunset Avenue | 290 W Mount Pleasant Avenue, Suite 3310 |
| Ocean, New Jersey 07712 | Livingston, NJ 07039 |
| Telephone: (732) 655-2119 | Telephone: (843) 714-2505 |
| Email: rachel@dapeer.com | Email: psiachos@grsm.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

So Ordered this 31st day of December 2024

_____
**Honorable Michael A. Shipp, U.S.D.J.**

1